1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12                                    CR 1:12 CR 00065 AWI DLB
             Plaintiff,
13                                    STIPULATION AND
       v.                             ORDER TO CONTINUE STATUS
14                                    CONFERENCE
   ALONSO RODRIGUEZ-REMEGIO
15     aka Francisco Lopez,           Date: April 23, 2012
                                      Time: 1:00 p.m.
16           Defendant.
                                   /
17

18      THE PARTIES HEREBY STIPULATE AND AGREE that the status
19 conference now set for the date and time indicated above may be
20 continued to May 29, 2012, at 1:00 p.m.
21      It is also stipulated that the period from April 23, 2012,
22 to May 29, 2012, shall be excluded from the calculation of time
23 in which the trial of the above captioned matter must commence
24 pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c).
25 The parties stipulate that the time is excludable from the time
26 limitations of the Speedy Trial Act because the interests of
27 justice are served by granting a continuance.
28 ////

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1      Such continuance is required due to the need for effective
2 preparation of counsel.  Specifically, the government has agreed
3 to provide defense counsel with discovery pertaining to the
4 underlying deportation order from 1996, which forms the basis
5 for the present charges.  This material is expected to be
6 received by the government shortly.

7      Additionally, defense counsel is informed and believes
8 that the defendant was recently moved from the Fresno jail to
9 Kern County.  Upon receipt of the above-mentioned discovery and
10 defense counsel's review thereof, the latter will need to travel
11 from San Francisco to Kern County in order to effectively advise
12 the defendant of this material information.

13      Accordingly, the requested continuance will further the
14 interests of justice, taking into account the exercise of due
15 diligence. (*See* 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).)

16      Dated: April 18, 2012

17 /s/ IAN L. GARRIQUES                /s/ SARA ZALKIN
   IAN L. GARRIQUES                   SARA ZALKIN
18 Assistant United States Attorney    Attorney for Defendant

20      **GOOD CAUSE APPEARING,**

21      IT IS SO ORDERED.

22      **Dated:   April 19, 2012**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331