1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No. 1:12-CR-00065-AWI-DLB
                                    )
12                   Plaintiff,     ) STIPULATION TO CONTINUE STATUS
                                    ) CONFERENCE; ORDER
13                                  )
          v.                        )
14                                  ) Date:  June 25, 2012
   ALONSO RODRIGUEZ-REMEGIO         ) Time:  1:00 p.m.
15     aka Francisco Lopez,         ) Judge: Hon. Dennis L. Beck
                                    )
16                   Defendant.     )
                                    )
17 _____)

18     **IT IS HEREBY STIPULATED** by and between the parties hereto,

19 and through their respective attorneys of record herein, that the

20 status conference now set for May 29, 2012, may be continued to

21 **June 25, 2012, at 1:00 p.m.**

22     The reason for the continuance is to allow for further case

23 preparation, investigation, and plea negotiations.  Specifically,

24 the additional time is necessary for further discussion regarding

25 a potential resolution of this case and for defense consideration

26 of supplemental discovery provided by the government.  The

27 parties stipulate and agree that the interests of justice served

28 by granting this continuance outweigh the best interests of the

public and the defendant in a speedy trial and that the delay

from the continuance shall be excluded from the calculation of

time under the Speedy Trial Act pursuant to 18 U.S.C. §§

3161(h)(7)(A) and (B)(iv).

Dated: May 23, 2012                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                 By:   /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney


Dated: May 23, 2012              By:   /s/ Sara Zalkin
                                       SARA ZALKIN
                                       Attorney for Defendant




                          **O R D E R**

    The intervening period of delay shall be excluded in the

interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

    **Dated:   May 25, 2012**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE