UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALONSO RODRIGUEZ-REMEGIO<br>        aka Francisco Lopez,<br><br>        Defendant.<br>_____/ | CR 1:12 CR 00065 AWI DLB<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Date: June 25, 2012<br>Time: 1:00 p.m. |

    THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now set for the date and time indicated above may be continued to July 23, 2012, at 1:00 p.m.

    It is also stipulated that the period from June 25, 2012, to July 23, 2012, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c). The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

    Such continuance is required due to the need for effective

preparation of counsel.  Specifically, defense counsel is still in the process of reviewing the audio recording provided by the government underlying the allegation that the defendant had previously been removed from the United States, which is a material element of the charged offense(s).  Said review has taken longer than anticipated given the quality of the analog recording from 1996, and the need for translation from Spanish to English in certain portions.

The parties have discussed the prospect of early resolution in general terms, and may seek a referral to United States Probation for a pre-plea report.  The indictment herein presents a relatively complex legal issue regarding whether or not the charges would be "grouped" at sentencing.

Mr. Lopez (a.k.a. "Rodriguez-Remegio") is still in custody at the Kern County facility; defense counsel is based in San Francisco.  Defense counsel has met with him in that facility on one occasion since he was transported from the Fresno County Jail, and needs to return for another meeting in order to discuss the next step.  was recently moved from the Fresno jail to Kern County.

Accordingly, the requested continuance will further the interests of justice, taking into account the exercise of due diligence. (*See* 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).)

Dated: June 20, 2012

| /s/ IAN L. GARRIQUES | /s/ SARA ZALKIN |
|---|---|
| IAN L. GARRIQUES | SARA ZALKIN |
| Assistant United States Attorney | Attorney for Defendant |

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

**GOOD CAUSE APPEARING,**

IT IS SO ORDERED.

Dated:   **June 21, 2012**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331